### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF  DIVISION

**JAMES NELSON**                                                                        **PETITIONER**
**ADC # 134962**

**VS.**                                   **NO. 5:06CV00279 BD**

**LARRY NORRIS, Director,**
**Arkansas Dept. of Correction**                                       **RESPONDENT**

### JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing this 28 U.S.C. §2254 petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this 12th day of March, 2007.

_____
United States Magistrate Judge